**Knight v. Drye et al.**, 07-3097
**APPENDIX A**

| COUNT | STATUS | ORDER |
|-------|--------|-------|
| I. § 1983 1st Amendment, Retaliation | Resolved by this order | |
| II. § 1983 5th & 14th Amendments and PA Constitution, Denial of Due Process | Dismissed | 1/4/08 (#36) |
| III. § 1983, Denial of Due Process (property interest in employment) | Dismissed | 1/4/08 (#36) |
| IV. § 1983 14th Amendment and PA Constitution, Equal Protection class-of-one | Dismissed with prejudice | 2/20/09 (#71) |
| V. § 1983 Denial of Due Process (stigma) | Dismissed | 1/4/08 (#36) |
| VI. § 1985 Conspiracy | Dismissed | 1/4/08 (#36) |
| VII. § 1983 14th Amendment, Equal Protection class-of-one | Dismissed with prejudice | 2/20/09 (#71) |
| VIII. § 1983 1st Amendment, Retaliation; § 1983 14th Amendment, Equal Protection class-of-one | Equal Protection class-of-one dismissed with prejudice; 1st Amendment retaliation claim resolved by this order | 2/20/09 (#71) |
| IX. § 1983 and PA Constitution, civil rights retaliation | Dismissed | 1/4/08 (#36) |

| COUNT | STATUS | ORDER |
|---|---|---|
| X. § 1983 and PA Constitution, civil rights deprivation | Dismissed | 1/4/08 (#36) |
| XI. 53 PA C.S. § 639, seeking reimbursement of attorney fees for criminal trial | Dismissed | 1/4/08 (#36) |
| XII. 43 PA C.S. § 1424(a), whistleblower | Dismissed | 1/4/08 (#36) |
| XIII. Breach of Contract (Duty of Fair Representation) | SJ for FOP; Resolved by this order for PBA | 2/20/09 (#70) |

\* The Court's 1/4/08 Order also dismissed Knight's claims against the individual defendants in their official capacities, and against the Chalfont Borough Police Department and City Council.

\* The Court's 2/20/09 Order granted summary judgment to Defendant Fraternal Order of Police ("FOP") on Knight's remaining claim against it, Count XIII.