```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JONATHAN KNIGHT, | : | CIVIL ACTION |
| | : | NO. 07-3097 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID DRYE et al., | : | |
| | : | |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **9th** day of **September 2009**, upon consideration of Defendants' motions for attorneys' fees (doc. nos. 79 & 84), and Plaintiff's responses thereto, it is hereby **ORDERED** that Defendants' motions are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant PBA shall be awarded fees in the amount of $7,121.25.

**IT IS FURTHER ORDERED** that Defendant FOP shall be awarded fees in the amount of $4,716.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**